(April 25, 1988)

■ SERGIO ARELLANO et al., Appellants, v NEW YORK RACING

ASSOCIATION INC., Respondent.—Appeal from an order of the Supreme Court, Queens County, dated January 12, 1987.

Ordered that the order is affirmed, with costs, for the reasons stated by Justice Durante in her memorandum decision dated November 25, 1986, at the Supreme Court. Thompson, J. P., Lawrence, Spatt and Harwood, JJ., concur.